UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICHARD HARTLEY, JR., ET AL. | * | CIVIL ACTION NO. 2:17-CV-1015 |
| v. | * | JUDGE DONALD E. WALTER |
| DON FARR MOVING & STORAGE, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 9) is correct and adopts the findings and conclusions therein as its own, subject to this Court's granting of leave for Plaintiffs to file an amended complaint within twenty-one (21) days or be subject to dismissal with prejudice.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Failure to State a Claim (Rec. Doc. 4) is **GRANTED** and that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with leave to file an amended complaint within twenty-one (21) days. If Plaintiffs do not timely file an amended complaint, this dismissal will automatically convert to a dismissal with prejudice.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE